ALAN C. KOHN
COURTNEY SHANDS, JR.
HAROLD I. ELBERT (1920-1998)
JOHN GIANOULAKIS
JOSEPH P. GILJUM
JOHN A. KLOBASA
MARK J. BREMER
CHARLES S. ELBERT
ROBERT A. USETED
ROBERT F. MURRAY
DAVID A. CASTLEMAN
JENNIFER S. FORSYTHE
JEREMY D. SHOOK

THOMAS A. DURPHY
KEVIN ANTHONY SULLIVAN

KOHN, SHANDS, ELBERT, GIANOULAKIS & GILJUM, LLP

ATTORNEYS AT LAW
ONE US BANK PLAZA, 24TH FLOOR
ST. LOUIS, MISSOURI 63101

(314) 241-3963
TELECOPIER (314) 241-2509

E-mail: dcastleman@ksegg.com
Direct Dial: (314) 898-4327

July 13, 2006

**VIA HAND DELIVERY**

The Honorable David D. Noce
United States District Court
Eastern District of Missouri
111 S. 10th Street, Suite 17156
St. Louis, MO  63102

> Re: Emerson Electric Co. v. Traxon International, Ltd, and Traxon Industries Pty Ltd; Cause No. 4:06CV00898DDN

Dear Judge Noce:

As you requested during the Rule 16 conference, enclosed are copies of pages 16 and 17 of Exhibit D and pages 13 and 14 of Exhibit F to Barry Granville Waller's declaration, which was attached to defendants' memorandum in support of defendants' motion to dismiss or stay.  These are the most legible copies of these documents that we currently have.  Please let us know if you need anything else.

Best regards,

David A. Castleman,
Counsel for Defendants

DAC:nsb
Enclosures
cc: Counsel of Record

*These pages ordered substituted. DDN 7/14/06*