```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

EMERSON ELECTRIC COMPANY,         )
                                  )
             Plaintiff,           )
                                  )
       v.                         )         No. 4:06 CV 898 DDN
                                  )
TRAXON INTERNATIONAL, LTD,        )
TRAXON INDUSTRIES PTY LTD,        )
                                  )
             Defendants.          )

### ORDER

The court having been advised that the parties have settled this action,

**IT IS HEREBY ORDERED** that the trial and other settings are vacated.

**IT IS FURTHER ORDERED** that the parties are granted thirty days from the date of this order in which to file papers disposing of this matter.

**IT IS FURTHER ORDERED** that any pending motions are denied without prejudice as moot.


　　　　　　　　　　　　　　　　　　　　/s/ David D. Noce
　　　　　　　　　　　　　　　　　　　　_____
                                      **DAVID D. NOCE**
                                      **UNITED STATES MAGISTRATE JUDGE**


Signed this on August 18, 2006.